**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

GREATER BOSTON LEGAL SERVICES, INC., et al.,

*Plaintiffs*,

v.

MARKWAYNE MULLIN, in his official capacity as U.S. Secretary of Homeland Security, et al.,

*Defendants*.

C.A. No. 26-14869-ADB

**ASSENTED-TO MOTION TO EXCEED PAGE LIMIT**

In this case, Plaintiffs are challenging the Defendants' new policy to exclude civil immigration detainees with final orders of removal from the Online Detainee Locator System operated by U.S. Immigration and Customs Enforcement ("ICE"). Plaintiffs allege, among other things, that this new policy violates the Administrative Procedure Act. Plaintiffs will shortly be filing a motion for an order staying this new policy pursuant to 5 U.S.C. § 705, including because the Defendants' sudden reversal of 16 years of past practice and current refusal to disclose the location of thousands of civil immigration detainees is arbitrary and capricious and violates the First Amendment to the U.S. Constitution.

For the memorandum in support of that motion to stay, Plaintiffs respectfully move for leave to file five excess pages, for a total length of 25 pages. As grounds, Plaintiffs state that they anticipate the additional pages are necessary and appropriate to address the multiple reasons why this new policy should be stayed under the relevant legal standards.

Defendants assent to this motion for excess pages.

Dated: October 28, 2026

Respectfully Submitted,

*/s/ Daniel L. McFadden*
Jessie J. Rossman (BBO No. 670685)
Daniel L. McFadden (BBO No. 676612)
Jennifer M. Herrmann (BBO No. 708231)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF MASSACHUSETTS, INC.
One Center Plaza, Suite 850
Boston, MA 02108
(617) 482-3170
jrossman@aclum.org
dmcfadden@aclum.org
jherrmann@aclum.org

Cassandra Charles* (GA Bar No. 068176)
Kevin Siegel* (NY Bar No. 5800511)
Imani R. Franklin* (DC Bar No. 90006160)
Jia Fu* (NY Bar No. 6294607)
NATIONAL IMMIGRATION LAW CENTER
P.O. Box 34573
Washington, D.C. 20043
Tel.: (213) 639-3900
Fax: (213) 639-3911

Stephanie M. Alvarez-Jones* (GA Bar No. 237979)‡
Tess Hellgren* (FL Bar No. 1018834) ⸸⸸
NATIONAL IMMIGRATION PROJECT OF THE NATIONAL LAWYERS GUILD
(National Immigration Project)
1763 Columbia Road NW
Ste 175 #896645
Washington, DC 20009
T: (202) 470-2082
T: (202) 474-3672
stephanie@nipnlg.org
tess@nipnlg.org

Kyle Virgien* (CA Bar No. 278747)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
425 California Street, 7th Floor
San Francisco, CA 94104
Telephone: (415) 343-0770

Angélica César* (AZ Bar No. 041321)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St.
New York, NY 10004
Telephone: (202) 549-2500

Annelise Maia Jatoba de Araujo (BBO No. 669913)
ANNELISE ARAUJO LAW LLC
260 Franklin Street, Suite 520
Boston, MA 02110
Telephone: 617-716-6400
annelise@annelisearaujolaw.com

**pro hac vice* application forthcoming

‡ *Not admitted in DC; working remotely from and admitted in Georgia and New Jersey only*
⸸⸸ *not admitted in DC; working remotely from Florida and admitted in Florida and Oregon only*

*Counsel for Plaintiffs*

**Local Rule 7.1 Certificate**

I hereby certify that I conferred with the government's counsel at the U.S. Attorney's Office for the District of Massachusetts in a good faith effort to narrow or resolve the issues raised by this motion. Defendants assent to this motion.

Date: October 28, 2026

*/s/ Daniel L. McFadden*
Daniel L. McFadden

**Certificate of Service**

I hereby certify that this motion will be served on all registered participants through the Court's CM/ECF system. Additionally, I will email a copy of this motion to the government's counsel at the U.S. Attorney's Office for the District of Massachusetts.

Date: October 28, 2026

*/s/ Daniel L. McFadden*
Daniel L. McFadden