**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| GREATER BOSTON LEGAL SERVICES, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>*Defendants*. | C.A. No. 26-14869-ADB |

**[PROPOSED] ORDER GRANTING STAY UNDER 5 U.S.C. § 705**

Plaintiffs' Motion for a Stay under 5 U.S.C. § 705 is hereby GRANTED.

It is hereby ORDERED that the September 2026 DHS Policy to no longer disclose the location of individuals with final orders of removal on the ICE Online Detainee Locator System or in response to inquiries from counsel or family members (the "ODLS Final Order Policy") is STAYED. No later than 48 hours from issuance of this Order, DHS will no longer implement its policy of refusing to disclose the location of all individuals with final orders of removal on the ICE Online Detainee Locator System or in response to inquiries from counsel or family members.

**IT IS SO ORDERED.**

Dated:

____________________________
Hon. Allison D. Burroughs
United States District Judge