**DECLARATION OF ALICIA DE LA O**

I, Alicia de la O, declare as follows:

1. I am over the age of 18 and competent to testify to the matters described below. This declaration is based on my personal knowledge.

2. I am presently employed as the Director of Legal Access & Information at the American Bar Association, Commission on Immigration ("ABA COI"). In this role, I manage the ABA COI Detention & Information Hotline. The ABA COI Detention & Information Hotline ("the Hotline") has been in service under various names since early 2002 and is accessible by individuals in all detention facilities being held on alleged immigration violations. Since 2023, the Hotline has averaged over 3,200 calls from across the country per year.

3. The Hotline provides legal information and consultations but does not provide direct legal representation. Rather, the Hotline operators provide assistance to noncitizens in detention who are generally acting *pro s*e. Calls are routed directly to a Hotline operator during the hours of operation—Monday, Wednesday, and Friday from 9:30 am to 12:00 pm and 2:00 pm to 5:00 pm ET and Tuesday and Thursday from 1:00 pm to 4:00 pm ET. The Hotline does not operate on weekends.

4. The Hotline operators help individuals in detention access immigration information by answering questions, providing referrals and contact information for organizations in their communities, and assisting callers who must proceed *pro se* in understanding immigration procedures and available resources.

5. The ABA COI also receives emails from individuals with immigration questions in a general inbox. The general inbox receives emails from individuals outside of detention with personal immigration questions, occasionally from individuals in detention with personal immigration questions, and primarily from family and friends of individuals in detention with questions on how to assist and locate their loved ones.

6. Since the changes to ICE's Online Detainee Locator System ("ODLS") on or around September 15, 2026, the Hotline operators have experienced difficulty in confirming the location and detention status of individuals seeking assistance. While a Hotline operator can ask to verify where a caller is calling from during a call, many individuals in detention do not know the specific name of the detention facility where they are being held and may only know the city or state where they are detained.

7. The inability to quickly verify an individual's location through ODLS impacts the Hotline's ability to accurately identify local legal service providers and assist individuals in detention. It also increases the amount of time required to respond to callers.

8. As a result of the new ODLS policy, the Hotline operators now must spend additional time gathering information and attempting to determine the correct facility in which individuals are detained. These additional steps lengthen calls, delay the provision of information and referrals, and reduce operator capacity to assist other individuals seeking assistance through the Hotline.

9. Operators sometimes conduct follow-up services and outreach on behalf of repeat callers. The lack of reliable information on the ODLS makes it difficult to determine whether

certain individuals remain detained, have been transferred, have been released from custody, or removed from the United States.

10. When gathering legal materials and self-help packets on behalf of individuals in detention, the Hotline operators compiling the packets to be mailed are now, in many instances, unable to quickly determine and verify the individual's current location or detention status. This makes it more difficult and time-consuming to respond appropriately to ensure that the resources reach the intended recipient.

11. The Hotline operators have spoken with at least 27 individuals who do not appear on ODLS since September 16, 2026.

12. Of the 27 people referenced above, callers' nationalities include Afghanistan, Argentina, Cameroon, China, Eritrea, Guinea, Honduras, Kazakhstan, Mexico, Nigeria, Peru, Sierra Leone, Somalia, Sudan, and Venezuela.

13. One caller from Cameroon stopped appearing on ODLS on or around September 16, 2026. When his late-filed BIA appeal was accepted, his information re-appeared on ODLS on or around September 28, 2026. Twelve days had gone by where he could not be located on ODLS.

14. Most callers appear to have removal orders with varying dates from 2013 to 2026.

15. Two callers do not appear on ODLS, and the EOIR Automated Case Information System ("ACIS") indicates that they were granted Voluntary Departure. These callers remain detained as of their last calls to the Hotline on September 16 and September 28.

16. Two callers do not appear on ODLS, and ACIS indicates that their cases are pending before EOIR with no future hearings.

17. Two callers do not appear on ODLS, and ACIS indicates that they have appeals pending before the Board of Immigration Appeals with no brief due at this time.

18. Six callers do not appear on either ODLS or ACIS.

19. The ABA COI received an email to the general inbox from a family of four, including two young children, detained at the South Texas Family Residential Center ("Dilley") on September 22, 2026. Due to the vulnerabilities raised in the email, follow-up services were completed. While the individual in the email stated they were detained at Dilley, before completing any follow-up service, the ABA COI had to verify that the family was at that location. This information could not be verified on ODLS. Ultimately, the ABA COI located the family using the ICE ERO eFile online system.

20. The ICE ERO eFile online system is not an ideal solution for finding an individual in detention because only 45 facilities use the ICE ERO eFile online system out of over 200 possible ICE detention facilities nationwide.

21. The ABA COI will continue to monitor and document the effects of the ODLS policy change.

I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. §1746.

Executed on October 16, 2026, at Washington, D.C.

Alicia de la O

Alicia de la O